# David Long

| | |
|---|---|
| **From:** | Walker, Johnny (USADC) <Johnny.Walker@usdoj.gov> |
| **Sent:** | Wednesday, March 10, 2021 4:06 PM |
| **To:** | dludwig@dbllawyers.com; bbarlow@dbllawyers.com; Joseph Whitcomb |
| **Subject:** | Lambro v. United States, No. 21-0255-CKK (D.D.C.) |

Good afternoon counsel,

Does Plaintiff intend to waive all claims over $10,000 in this case? In the absence of such a waiver, the district court lacks jurisdiction because exclusive jurisdiction lies in the Court of Federal Claims. *See Abbey v. United States*, 745 F.3d 1363, 1369 (Fed. Cir. 2014); *Waters v. Rumsfeld*, 320 F.3d 265, 272 (D.C. Cir. 2003); *Johnson v. Lightfoot*, 273 F. Supp. 3d 278, 287 (D.D.C. 2017); *Adair v. CBP*, 191 F. Supp. 3d 129, 134 (D.D.C. 2016).

Please let me know.

Thanks.

Johnny

Johnny Walker
Assistant United States Attorney
United States Attorney's Office, Civil Division
555 Fourth Street NW
Washington, District of Columbia 20001
202 252 2575 | johnny.walker@usdoj.gov