# BLANKET PURCHASE AGREEMENT
## Broadcast Operations TV Studio
## Multi Media Combo Services
## BBG50-A-15-0129

### ARTICLE I - TERM OF AGREEMENT

The base period of this agreement shall be from **SEPTEMBER 1, 2015 thru AUGUST 31, 2017** between **Contractor Jason Lambro and Government** at the rate listed in Article III, -- Assignment Rate and Estimated Usage of Contractor, Contract Clause 52.232-19, Availability of Funds for the next Fiscal Year (APR 1984), and Clause 52.232-18, Availability of Funds (Apr 1984), 52.217-9 Option to Extend the Term of the Contract. The total duration of this agreement shall not exceed two (2) years.

### ARTICLE II - EXTENT OF OBLIGATION/ORDERING OFFICIAL

    A. The agency shall be obligated only to the extent of authorized call orders actually placed under this agreement and by the Contracting Officer Representative listed in Article V.

    B. No additional changes can be made in this scope and terms of this agreement unless there is advance written approval by the BBG/IBB, M/CON Contracting Officer. No other person connected with the BBG/IBB can authorize additional work or additional cost which may affect the agreement price. Such terms must be negotiated and agreed upon, in advance and written modification to the agreement issued.

    C. Additional services in excess of the estimated amount may be requested provided upon the mutual consent of the parties as indicated by the offer and acceptance of additional orders.

    D. The Government may terminate this agreement within 30 calendar days prior notice in the event of discontinued need for the Contractor's services or with less prior notice as may be appropriate in the event of unsatisfactory performance or improper conduct on the part of the Contractor.

    E. The Contractor may terminate this agreement within 30 calendar days prior notice.

### ARTICLE III – HOURLY RATE AND ESTIMATED USAGE OF CONTRACTOR

    a. The price per hour is **$40.63**

    b. The contractor is obligated to furnish services up to the estimated amount of specified on call orders within the period performance stated.

### ARTICLE IV - METHOD OF ORDERING

    A. Services to the furnished under this agreement shall be ordered by call orders. Requests will be made orally, on an as needed basis, and will be confirmed in writing by the BBG/IBB, Office of Contract.

    B. Contract Officers Representative (COR) shall provide the contractor with the following information:

1. Caller's name, address, and telephone number.
2. This BPA number

   3. Specific services required, including any information or data necessary for the contractor to perform the required services.
   4. Deliverables and time for completion
   5. Any other pertinent information or instructions.
**C.** Services shall be accompanied by a service ticket containing the following information.
1. Name of Contractor.
2. This BPA number
3. Caller's name and telephone number.
4. Date of Call
5. Itemized list of services furnished to include quantity and unit price
6. Date of delivery.

   **D.** The contractor shall maintain an attendance log of days and hours for work performed and accepted by the Contracting Officer Representative (COR). A copy of this Log and Contractor's Time Record Sheet shall be attached to the Contractor's invoice.

## ARTICLE V – SUBMISSION OF DELIVERIABLES

(a) The Contractor shall submit work materials at least one hour prior to when the material is intended for use. (For example, material to be used at the 7:00am broadcast must be submitted to the COR by 6:00am)

(b) The Contractor shall submit programs to the Contracting Officer representative (COR) at the address listed below:
   **Broadcasting Board of Governors**
   **Cohen Building – Room 4446**
   **330 Independence Ave., SW**
   **Attn: Broadcast Operations/Jerry Butler**

### Deadlines:
All work performed under this contract shall be completed and delivered within the time agreed upon by the Contractor and the ordering office, and as specified in each task order. The Contractor shall advise the ordering office of any anticipated delays within twenty-four (24) hours after receipt of an order.

## ARTICLE VI – CONTRACTING OFFICER REPRESENTATIVE)
Orders place under this agreement shall be requested and accepted by the following individual(s) who have been designated as Contracting Officer Representative (COR). The ordering limit for the COR shall not exceed the micro purchase authority: $3000.00 per month
Contractor's performance will be evaluated annually to ensure that the Contractor is meeting the requirements of the Government.

**COR: Jerry Butler, 202.382.8276**
**Alternate COR:**

**PERFORMANCE OF WORK WITHOUT A CALL ORDER**
The Contractor **shall not perform** any work or incur any costs for any purposes under this Blanket Purchase Agreement or any individual Call Order until authorized by COR via a call order from the Office of Contracts.

**ARTICLE VII – SUBMISSION OF INVOICES**
(a) The Contractor shall submit an original invoice of detailed work completed and accepted by the Government to the COR at the address listed below:
   **Broadcasting Board of Governors**
   **Cohen Building - Room 4446**
   **330 Independence Ave., SW**
   **Attn: Jerry Butler**

(b) The Contractor's invoice shall list: (1) the BPA and Call order number, (2) date of invoice, (3) the days for which assignments/hours are being billed for work performed; (4) description of assignment or the programs produced, and (5) any approved reimbursable expenses, if any.

**ARTICLE VIII– GOVERNMENT FURNISHED PROPERTY, FACILITIES, SERVICES AND/OR INFORMATION**
The Government may/may not furnish office space, expendable supplies, and equipment (e.g., PC with LAN connection, fax, and telephone) **solely** for the Contractor's use while performing the work prescribed herein. Personal use of equipment is prohibited.
Copyright to all work under this Contract belongs to the Broadcasting Board of Governors and VOA.

**ARTICLE IX – REIMBURSABLE ITEMS**
(a) Travel and Per Diem - The terms and conditions of the Federal Travel Regulations (FTR) shall apply to all travel and travel-related matters authorized herein. The Contractor shall be reimbursed at cost for travel-related expenses upon submission of properly substantiated invoices. There shall be no profit allowed on these expenses. The Contractor, in connection with authorized travel, shall be reimbursed for:
   1. The cost of economy-class (coach) airfare;
   2. Per Diem at Government rates prevailing when travel is undertaken; and
   3. Miscellaneous expenses incurred in connection with the travel, upon provision of appropriate justification.
(b) The Contracting Officer may ask the Contractor to substantiate related travel expenses by supporting information (e.g., dates, purpose of travel, and per diem) and documentation including receipts for airline travel costs, lodging, parking fees, ground transportation, and other miscellaneous fees in excess of $25.
(c) Other Out-of-Pocket Expenses - Upon presentation of substantiating data to the Contracting Officer, the Contractor shall be reimbursed for the following expenses without profit:
   1. Passport/visa fees and photographs;
   2. Taxi/limousine/bus fares to and from airports; and
   3. Official long distance telephone calls from the Contractor's office.

(d) The BBG will not reimburse costs associated with "Local Travel" to/from the Contractor's office to/from BBG Headquarters or for parking at BBG Headquarters. Neither will the BBG reimburse the Contractor for his "travel time". However, the BBG will reimburse the Contractor for costs associated with "Local Travel" to/from the Contractor's office to/from locations to cover stories if applicable. This reimbursement will include mileage (at JTR rates), tolls, and hourly parking.

(e) The Contractor shall obtain prior written approval from the Contracting Officer's Representative (COR) identified in the Contract before incurring any of the above reimbursable expenses.

**Or**

(f) Contractor can submit request for a travel grant for any travel directly related expenses in accordance with work performed under current BPA.

## ARTICLE X - SUBCONTRACTING

None of the work to be performed under this BPA shall be subcontracted, and no obligation or duty arising out of the BPA may be transferred, or assigned, without terms acceptable to the BBG/IBB, M/CON, and Contracting Officer.

## ARTICLE XI – ATTACHMENTS

The attachment listed below is incorporated in and is made a part of this agreement.
1. VOA Journalistic Code
2. Standards of Conduct
3. Statement of Work

**ARTICLE XII - ACCEPTANCE OF AGREEMENT**

The Contractor agrees that no employer-employee relationship exists between the Government (Voice of America) and the Contractor.

Your signature certifies that you agree to perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated.

The rights and obligations of the parties to this BPA shall be subject to and governed by (a) this order for supplies or services (b) such provisions, representations, certifications and specifications.

ACCEPTANCE OF THIS BPA TERMS AND CONDITIONS:

SIGNATURE: _[signature]_

NAME: Jason Lombio

DATE: 9-8-15

Contractor is required to sign and return 1 copy.

Office of Contracts
Broadcasting Board of Governors
International Broadcasting Bureau
4th Floor, Switzer Building
Washington, DC 20237
Attn: **J.R. Hill**

# VOICE OF AMERICA

## THE JOURNALISTIC CODE

### PREAMBLE

Since 1942, the Voice of America has built a global reputation as a consistently reliable source of news and information. Accuracy, balance, comprehensiveness, and objectivity are attributes audiences around the world have come to expect of VOA broadcasters and their product. These standards are legally mandated in the VOA Charter (Public Laws 94-350 and 103-415). Because of them, VOA has become an inspiration and information lifeline to nations and peoples around the world.

### SUMMARY

Adhering to the principles outlined in the Charter, VOA reporters and broadcasters must strive for accuracy and objectivity in all their work. They do not speak for the U.S. government. They accept no treatment or assistance from U.S. government officials or agencies that is more favorable or less favorable than that granted staff of private sector news agencies. Furthermore, VOA professionals, careful to preserve the integrity of their organization, strive for excellence and avoid imbalance or bias in their broadcasts.

The Voice of America pursues its mission today in a world conflict-ridden and unstable in the post-Cold War era. Broadcasting accurate, balanced and complete information to the people of the world, and particularly to those who are denied access to accurate news, serves the national interest and is a powerful source of inspiration and hope for all those who believe in freedom and democracy.

### THE CODE

All staff who report, manage, edit, and prepare programming at VOA in both central and language services therefore subscribe to these principles:

### SOURCING

VOA news and programming must be rigorously sourced and verified. VOA normally requires a minimum of two independent (non-VOA) sources before any newswriter, background writer, political affairs writer, correspondent or stringer may broadcast information as fact in any language.

The only exception to the double-source requirement is facts directly confirmed by the VOA journalist or significant news drawn from an official announcement of a nation or organization. In those rare instances when a secondary source offers exclusive significant news (e.g., a verified news agency exclusive interview with a chief of state or prominent newsmaker), this story is attributed to the originating agency by name.

## ACCURACY AND BALANCE

Accuracy and balance are paramount, and together, they are VOA's highest priority. Accuracy always comes before speed in VOA central service and language programming. VOA has a legal obligation to present a comprehensive description of events, reporting an issue in a reliable and unbiased way. Though funded by the U.S. government, VOA airs all relevant facts and opinions on important news events and issues. VOA corrects errors or omissions in its own broadcasts at the earliest opportunity.

VOA is alert to, and rejects efforts by special interest groups - foreign or domestic - to use its broadcasts as a platform for their own views. This applies to all programs and program segments, including opinion or press roundups, programs discussing letters, listener comments, or call-in shows. In the case of call-ins, views of a single party must be challenged by the interviewer if alternative opinions are unrepresented. In interviews, points of possible discussion are submitted in advance if requested by an interviewee of stature (for example, a chief of state). However, VOA journalists always retain the right and responsibility to pursue newsworthy angles, including entirely fresh lines of questioning, during such interview.

Whenever VOA reports a charge or accusation made by an individual or a group against another, or presents one side of a controversial issue, a response and/or balancing information will be included in the first use of a news item or feature containing that material. If the balancing information cannot be obtained by the program deadline, or the subject of the charge declines to comment that will be made clear in VOA's account and the balancing material will be broadcast as soon as it is available.

## FAIRNESS

VOA has, in the words of the Founding Fathers, "a decent respect for the opinions of mankind." VOA is required to present a full and fair account of events. VOA broadcasters evaluate information solely on its merits, rejecting incitements to violence, sensationalism, personal value judgment, or misleading emphases. Attributions are specific and complete.

VOA journalists (including correspondents, news and language stringers, political affairs writers, and program hosts) avoid at all times the use of unattributed pejorative terms or labels to describe persons or organizations, except when the individuals and groups use those labels to describe themselves or their activities.

In news, features and current affairs programming, VOA broadcasters will meticulously avoid fabricating, distorting, or dramatizing an event. If sound at an event illustrates the reporter's account of that event and is edited for time, the remaining sound effect reflects what occurred in an accurate and balanced way. If there is a risk of misleading the audience, no use will be made of sound effects not actually recorded at the event being described.

## CONTEXT AND COMPREHENSIVENESS

VOA presents events a comprehensive account of America and the world, and puts events in context. Than means constant vigilance to reflect America's and the world's political, geographical, cultural, ethnic, religious and social diversity. VOA programming represents the

broadcast team's best effort to seek out and present a comprehensive account of the event or trend being reported.

VOA broadcasters will avoid using announcing or interviewing techniques that add political coloration or bias to their reportage or current affairs programming. Music will not be used to make editorial statements. VOA journalists and all those preparing news and feature programming avoid any action or statement that might convey the appearance of partisanship.

**PROCEDURES**

When performing official duties, VOA broadcasters leave their personal political views behind. The accuracy, quality and credibility of the Voice of America are our most important assets, and they rest on listeners' perception of VOA as an objective source of world, regional and U.S. news and information. To that end, all VOA journalists will:

Always travel on regular, non-diplomatic passports, and rely no more and no less than private sector correspondents on U.S. missions abroad for support, as set out in the guidelines for VOA correspondents.

Assist mangers whose duty is to ensure that no VOA employee, contract employee or stringer works for any other U.S. government agency, any official media of another state, or any international organization, without specific VOA authorization.

Adhere strictly to copyright laws and agency regulations and always credit the source when quoting, paraphrasing, or excerpting from other broadcasting organizations, books, periodicals, or any print media.

In addition to these journalistic standards and principles, VOA employees recognize that their conduct both on and off the job can reflect on the work of the Voice of America community. They adhere to the highest standards of journalistic professionalism and integrity. They work to foster teamwork, goodwill and civil discourse in the workplace and with their colleagues everywhere in the world, all to enhance the credibility and effectiveness of the Voice of America.

### "Standards of Conduct"

General. The contractor (i.e., POV, PSC) shall maintain satisfactory standards of competency, conduct, cleanliness, appropriate dress and integrity. The Contractor shall adhere to standards of conduct that reflect credit on themselves and the United States Government. Except as noted, the Contracting Officer reserves the right to immediately "Terminate the Contract for Default" for failure to comply with the standards of conduct delineated herein and as follows

> (a) <u>Use of Government Furnished Equipment ("GFE") and misappropriation of Government Furnished Materials ("GFM").</u> The Contractor shall restrict their use of Government Furnished Equipment (e.g., computers, telephones, video equipment, copying or fax machines, or the internet) and Government Furnished Materials (e.g., paper, ink, pens, replenish- able office supplies) to the performance of the work prescribed herein. Contractor use of GFE or GFM for personal or other reasons may result in immediate "Termination for Default" as noted previously.

(b) <u>Disorderly or Disruptive Conduct.</u> Disruptive activities which interfere with the normal and efficient broadcast operations and disorderly conduct including but not limited to: (1) use of abusive or offensive language, (2) quarreling, (3) carrying of weapons, (4) intimidation by words and/or actions, (5) sexual harassment, or (6) offensive physical contact do not contribute to the accomplishment of the objective of the contract and shall not be tolerated or condoned. The Government/Agency has exclusive discretion in the determination as to what behavior is disorderly or disruptive to normal broadcast operations.

(c) <u>Intoxicants and Narcotics.</u> The contractor shall not possess, sell, consume, or be under the influence of intoxicants such as alcohol, illegal drugs, or other controlled substances (i.e., narcotics) while on government leased, rented or owned premises, or while performing the work prescribed herein.

(d) <u>Job Competency.</u> Acceptance of a Delivery or Task Order serves as the Contractor's confirmation that they are fully qualified to perform the work. Failure to possess the requisite skills (e.g., inadequate proficiency in the language or culture) may be deemed as evidence of misrepresentation and grounds for immediate Termination for Default as noted previously.

(e) <u>Accurate Invoicing.</u> The Contractor shall submit invoices that properly reflect the work performed. Submittal of an invoice that does not accurately reflect or otherwise misrepresents the work performed, may be considered fraud subjecting the Contractor to immediate "Termination for Cause."

(f) <u>Misrepresentation of Contractual Relationship/Conflict of Interest.</u> The Contractor shall not take any actions, produce any documentation, or disseminate any information via any medium which misrepresents the character of the independent contractual relationship created by this Contract or which conflicts with the mission and goals of the Government/Agency, including but not limited to: (1) creation of business cards, letterheads, or promotional materials utilizing government logos or other identifiable markings; (2) creation of a web site or internet blog containing Government/Agency logos, symbols, or other identifiable markings, or purporting to represent the Government/Agency (3) attempting to enter into agreements with third parties purporting to have contractual or other authority to legally bind the Government/Agency. A violation of this paragraph may subject the Contractor to an immediate "Termination for Cause."

(g) <u>Criminal or other Legal Actions.</u> Nothing in this section is in lieu of any legal actions that may be taken by or on behalf of the government in the protection of its rights, property or interest. In certain circumstances the Contractor may be subject to criminal actions as allowed by law. Criminal charges may be pursued for the following actions, including but not limited to: falsification or unlawful concealment, removal, mutilation, or destruction of any official documents, electronic files, or records; or concealment of material facts by willful omission from official documents, electronic files, or hard copy records; unauthorized use of Government property, theft, vandalism, or immoral conduct; unethical or improper use of official authority or credentials; security violations; organizing or participating in gambling in any form in the work place and/or utilizing GFE or GFM for such purposes; and unlawful possession of weapons.

# STATEMENT OF WORK

## Non-Personal Services

## General Studio Technician Services for Television
## TV STUDIO TECHNICIAN II

## Voice of America — Washington DC

### 1.0  Introduction

The Voice of America's Washington DC office has a requirement for a talent vendor (hereinafter referred to as "Contractor") to provide General TV Studio Technician services as a TV Studio Technician II, as described below. The work shall be performed on an hourly basis. In addition, the Government will reimburse the Contractor for actual expenses as stated below. All work shall be performed in accordance with "The VOA Journalistic Code". The contractor must request pre-approval before engaging in outside speaking and writing that might give rise to an actual or perceived violation of the Code.

### 2.0  Scope of Work

The Contractor shall perform the following work at the Broadcasting Board of Governors International Broadcasting Board of Governors (IBB), Voice of America (VOA), Washington D.C. Headquarters Building (330 Independence Avenue; Washington DC 20237) unless otherwise mutually agreed to by the Contracting Officer:

**Background:**

The Contractor shall provide general studio operations services utilizing Government equipment on-site at the office of the IBB Television Facilities. Studio Technician Level II responsibilities generally include the operation of studio audio equipment, video device playback equipment, and the ability to perform the duties associated with a Studio Technician I.

The IBB TV facility is comparable to international news and cable networks in its standards of operation, quality and distribution of programming. The facility has multiple control rooms and studios. IBB television is unique and challenging given that programming is conducted in multiple languages with show talent coming from many nationalities and cultures. Contractors are expected to conduct themselves in a professional and respectful manner. Good organizational and interpersonal skills are required due to the challenges of multilingual broadcasting.

**Requirements:**

**Studio Audio Operator**

The studio audio operator carries out a wide range of complex audio production tasks including setting up, adjusting and operating both digital and analog audio equipment.

**Specific duties include:**

- Mix and simultaneously control multiple language channels, return audio, fold back, mix-minus configurations for transmit and receive coordination channels.
- To operate audio for live multi-destination satellite transmissions using a multiple-channel audio console;
- Ensure that equipment and settings result in highest quality audio and meet specifications set forth by the director or producer.
- Adjust signals for remote venues including audio and telephone live mixing and incorporation of all audio elements into a show. This mixing includes input from studio and field microphones, multiple remote feeds, music and effects.
- Conduct high-level quality control on audio inputs and signals prior to air.
- Troubleshoot audio problems with assistance, as needed, from TV Supervisors.
- Operate various audio analogue and digital record and playback equipment such as multi-channel audio consoles, related peripheral equipment, mini disks and digital fileserver recorders to incorporate audio into broadcast studio product.
- Record studio-originated off-air and off-line programs.
- Diagnose first level equipment problems and performs operator level
- Perform maintenance on equipment, alerts technical support for higher level operational problems.

**Studio Switcher Operator**

The switcher operator operates multi-effect video switchers with 2D and 3D digital effects units. Other duties include:

**Specific duties include:**

- Operate multi-effect video switchers with 2D and 3D digital effects units
- Recalls effects on the switcher console and auxiliary equipment, including digital effect units and internal transform engines
- Conducts high-level quality control on video inputs and signals prior to air
- Ability to read both analogue and digital vector scopes and wave form monitors
- Basic understanding of program distribution systems; satellite, fiber and telecom
- Basic understanding of the operation of file-based video record and playback systems
- Basic understanding in the operation of computer based equipment
- Utilizes a computerized video playback system to play digital video clips including; voice-over clips, bumps, program opens, music clips and news packages during live and taped television programming
- Ability to multi-task and work under pressure
- Diagnose and evaluate equipment operation and performances
- Keep equipment in good operating order

- Perform operator level maintenance, alert technical support for higher level operational problems